IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


**UNITED STATES OF AMERICA,**

      Plaintiff,

  vs.  :  CIVIL NO: 1:08-CV-228

**KENYA S. DUKE**

      **Defendant.**


## SATISFACTION OF JUDGMENT

The judgment in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record.

      CARTER M. STEWART
      United States Attorney


      s/Bethany J. Hamilton
      BETHANY J. HAMILTON #0075139
      Assistant United States Attorney
      303 Marconi Blvd., Suite 200
      Columbus, Ohio  43215
      (614) 469-5715

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to Kenya S. Duke, 5552 Woodmansee Way, Liberty Twp., Ohio 45011.

s/Bethany J. Hamilton
BETHANY J. HAMILTON #0075139
Assistant United States Attorney